IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BAPTIST PHYSICIAN HOSPITAL ORGANIZATION, INC. and BAPTIST HOSPITAL OF EAST TENNESSEE, INC., Plaintiffs, v. HUMANA MILITARY HEALTHCARE SERVICES, INC., Defendant. | 3:01-cv-588 (Phillips) |

## JUDGMENT ORDER

For the reasons set out in the memorandum opinion filed this day with the Clerk, it is **ORDERED** that plaintiffs be awarded the sum of $ 1,277,872.90 on their breach of contract claim. Further, prejudgment interest is appropriate on each claim at the simple interest rate of ten percent (10%) per annum accruing from the "Baptist Posting of Receipt" date identified for each claim in Appendix 1 to the Stipulations, introduced into evidence at trial as exhibit 81, through December 31, 2005, in the total amount of $731,488.65, amounting to a total lump sum award for plaintiffs in the amount of $2,009,361.40. Further, defendant shall not recover on its counterclaim, nor is the defendant allowed any offset from the lump sum award.

**IT IS SO ORDERED.**

ENTER:

  s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**