UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BAPTIST PHYSICIAN HOSPITAL )
ORGANIZATION, INC. and BAPTIST )
HOSPITAL OF EAST TENNESSEE, INC. )
)
    Plaintiffs )
)
v. ) Civil Action No: 3:01-CV-588
) Phillips/Guyton
HUMANA MILITARY HEALTHCARE )
SERVICES, INC. )
)
    Defendant )

## ORDER

On February 13, 2006 this Court entered a Judgment Order (the "Judgment") awarding a total lump sum to Baptist Physician Hospital Organization, Inc. and Baptist Hospital of East Tennessee, Inc. ("Baptist"), in the amount of $2,009,361.40. On March 13, 2006 the defendant, Humana Military Healthcare Services, Inc. ("Humana Military"), filed a Notice of Appeal of that Judgment to the United States Court of Appeals for the Sixth Circuit. Pursuant to Federal Rule of Civil Procedure 62, Humana Military posted a supersedeas bond issued by Travelers Casualty and Surety Company of America ("Travelers") with this court in the amount of $2,016,000 and requested the court approve the bond and issue a stay of any execution on the Judgment while this matter is on appeal. Humana has conferred with Baptist concerning the amount of the supersedeas bond issued by Travelers and Baptist has agreed to the sufficiency of the amount of the supersedeas bond for the purposes of staying execution on the Judgment pending disposition of this matter on appeal.

1

Accordingly, the supersedeas bond posted by Humana Military is approved, the motion to stay execution of the Judgment is GRANTED, and it is ORDERED that execution on the Judgment is stayed pending disposition on appeal.

**IT IS SO ORDERED.**

ENTER:

*Thomas H. Phillips*

_____
**UNITED STATES DISTRICT JUDGE**


ORDER TENDERED BY:

**J. BRUCE MILLER LAW GROUP**
Michael J. Kitchen, KY Bar# 83945
J. Bruce Miller, KY Bar# 47800
605 West Main Street
Louisville, Kentucky 40202
(502) 587-0900
FAX (502) 587-9008
*Counsel for Defendant/Counter-Plaintiff:*
*Humana Military Healthcare Services, Inc.*

2